UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ELIZABETH LAURIE LAPLANTE ANGOUS,<br><br>Petitioner,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Respondent. | CASE NO. C10-85/CR05-346 RSM<br><br>ORDER |

This matter has been remanded to this court for the limited purpose of issuance or denial of a Certificate of Appealability. Dkt. # 27. Petitioner has filed a Notice of Appeal, which requires a determination by this Court as to the Certificate of Appealability. 28 U.S.C. §2253(c)(1)(B). To obtain such certificate and proceed with an appeal of the denial of a petition for habeas corpus, the petitioner must make a "substantial showing of the denial of a constitutional right." 28 U.S.C. §2253(c)(2). Petitioner "must demonstrate that the issues are debatable among jurists of reason; that a court **could** resolve the issues [in a different manner];

ORDER - 1

1  or that the questions are 'adequate to deserve encouragement to proceed further.' " *Barefoot v.*
2  *Estelle*, 463 U.S. 88, 893 n. 4 (1983).
3      Petitioner has not submitted any statement as to why her §2255 habeas petition should
4  proceed to appeal.  The Court has also reviewed her objections to the Report and
5  Recommendation, and her motion to amend the petition.   The Court finds that reasonable jurists
6  would find no debatable issue here;  the Magistrate Judge correctly concluded that the §2255
7  habeas petition should be denied.  Petitioner has advanced no reason why that conclusion has
8  denied her of a constitutional right.
9      As petitioner has failed to make a substantial showing of denial of a constitutional right,
10 the petition for a Certificate of Appealability is DENIED.  28 U.S.C. § 2253(c)(2).
11     Dated this 3rd day of February 2011.

                                        RICARDO S. MARTINEZ
                                        UNITED STATES DISTRICT JUDGE